AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brotman, Stanley S | U.S.D.C, New Jersey | 05/10/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge/Sr. Status | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 6030 M.H. Cohen US Courthouse 4th & Cooper Streets, Box 1029 Camden, NJ 08102-1029 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2007 MAY 11 P 12:10 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Director, American Automobile Association, Club of South New Jersey |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | NY Intellectual Property Law Association | 3/24- 3/25/06, New York City (Lodge, Food) |
| 2. | Federal Judges Association Quadrennial Conference | 5/10 - 5/14/06, Pentagon City, VA (No reimbursement, cost soley paid by member attendee) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Brotman, Stanley S | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Advantage Pirmary Liq. Fd/Oppenheimer | A | Interest | J | T | | | | | |
| 2. U.S. Enviro Systems, Inc. c/s (formerly Cogenic Energy ) Sys | | None | J | T | | | | | |
| 3. General Electric c/s | B | Dividend | L | T | | | | | |
| 4. Xerox Corporation c/s | A | Dividend | K | T | | | | | |
| 5. PNC Bank c/s | B | Dividend | K | T | | | | | |
| 6. Sun Nat. Bank, Vineland, NJ (chkg acct) | B | Interest | J | T | | | | | |
| 7. Israel Bonds | A | Interest | J | T | | | | | |
| 8. Wachovia Cap. Acct., formerly Command Money Fund/Prudential | B | Interest | J | T | | | | | |
| 9. Wachovia Corp. | A | Dividend | K | T | | | | | |
| 10. Israel Bonds | A | Interest | J | T | | | | | |
| 11. Minotola National Bank, Vineland, NJ (checking) | A | Interest | J | T | | | | | |
| 12. ████████ RUST: | | | | | | | | | |
| 13. -GlenmedeFund Inc.-Tax Exempt Cash Port prin. cash & reserve | C | Interest | K | T | | | | | |
| 14. - Little Egg Hbr Mun Util Wtr * Swr (dtd 3/1/97; due 7/1/06) | C | Interest | | T | Maturity | 7/1 | K | | |
| 15. - Manalapan Eng. NJ Regl Brd Ed (dtd 6/1/93; due 5/1/07 | C | Interest | L | T | | | | | |
| 16. - Gloucester Cnty NJ G. O. (dtd 10/1/97; due 2/1/08) | B | Interest | L | T | | | | | |
| 17. - General Electric Co. c/s | B | Dividend | L | T | Partial Sale | 6/9 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B=$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | • | Date of Report |
|---|---|---|
| Brotman, Stanley S | | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Colgate Palmolive Co. c/s | A | Dividend | K | T | | | | | |
| 19. - Johnson & Johnson c/s | A | Dividend | K | T | | | | | |
| 20. - Royal Dutch Petroleum NY shares c/s | B | Dividend | L | T | | | | | |
| 21. - City Group, Inc. c/s | B | Dividend | K | T | | | | | |
| 22. - Bank of America c/s | B | Dividend | K | T | | | | | |
| 23. - Automatic Data Processing, Inc. c/s | A | Dividend | K | T | | | | | |
| 24. - Microsoft Corp, c/s | A | Dividend | K | T | | | | | |
| 25. - Intel Corp. c/s | B | Dividend | J | T | | | | | |
| 26. - Chase Manhattan Corp.c/s | A | Dividend | J | T | | | | | |
| 27. Daimler Chrysler c/s | A | Dividend | J | T | | | | | |
| 28. IBM c/s | A | Dividend | M | T | | | | | |
| 29. Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |
| 30. Specialty Retail Group, Inc. c/s | | None | J | T | | | | | |
| 31. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 32. - Glenmede Fund, Inc.: Strategic Equity Port | A | Int/Div | M | T | | | | | |
| 33. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 34. - Glenmede Fund, Inc. : Strategic Equity | A | Int/Div | K | T | Part Redempt | 10/24 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Brotman, Stanley S | . | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Part | | | | | | | | | |
| 35. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 36. - Glenmede Fund, Inc.: Strategic EquityPart | B | Dividend | L | T | Part Redempt | 10/24 | J | B | |
| 37. Verizon c/s | A | Dividend | J | T | | | | | |
| 38. Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |
| 39. Motorola, Inc. c/s | A | Dividend | J | T | | | | | |
| 40. J.P.Morgan Chase c/s | A | Dividend | K | T | | | | | |
| 41. Intel c/s | A | Dividend | K | T | | | | | |
| 42. Somerset Cty,NJ,Gen.Obl.Series 1998(dtd12/1/98;due12/1/06) | A | Interest | | T | Redemption | 12/1 | K | | |
| 43. Israel Bonds | A | Interest | J | T | | | | | |
| 44. Vodaphone AirTouch c/s | A | Dividend | K | T | | | | | |
| 45. ███████TRUST: | | | | | | | | | |
| 46. - Home Depot, Inc. c/s | A | Dividend | K | T | Partial Sale | 10/17 | J | A | |
| 47. - American International Group c/s | A | Dividend | K | T | Partial Sale | 6/9 | J | | |
| 48. - Exxon Mobil Corp. c/s | B | Dividend | K | T | | | | | |
| 49. - Sayreville, NJ (dtd 9/1/00; 4.6% Due 9/1/10) | B | Interest | K | T | | | | | |
| 50. - Mercer County, NJ Impt.(dtd 12/15/00 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,000 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 4.4%,due 11/1/10) | | | | | | | | | |
| 51. - Ocean City,NJ FSA G.O.(dtd 4/1/98 4.5%;due 4/1/08) | B | Interest | K | T | | | | | |
| 52. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 53. - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | L | T | Part Redempt | 10/25 | J | C | |
| 54. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 55. - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | K | T | | | | | |
| 56. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 57. - Glenmede Fund, Inc.: Strategic Equity Port | B | Dividend | K | T | | | | | |
| 58. Verizon Communications c/s | A | Dividend | J | T | | | | | |
| 59. Parsippany-Troy Hills Twp.NJ (dtd 6/2/92;due 4/1/06) | A | Interest | | T | Redemption | 4/1 | K | | |
| 60. Unique Mobility, Inc. c/s | A | Dividend | J | T | | | | | |
| 61. ▮▮▮▮TRUST: | | | | | | | | | |
| 62. - Glassboro,NJSchlDist,FSA, dtd 7/1/01,4 3/4%,7/1/11 | A | Interest | K | T | | | | | |
| 63. - Medtronic, Inc. c/s | A | Dividend | K | T | Part Sale | 6/9 | K | B | |
| 64. - NJ SY EDL FACS Auth Re Ambac dtd 7/1/01 4.3% 7/1/11 | A | Interest | K | T | | | | | |
| 65. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 66. - Glenmede Fund, Inc.; Strategic Equity | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Fund | | | | | | | | | |
| 67. - Vanguard Institutional Index 500 FD | B | Dividend | L | T | Partial Sale | 10/25 | J | A | |
| 68. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 69. - Glenmede Fund, Inc. - Strategic Equity Part | A | Dividend | J | T | | | | | |
| 70. - Vanguard Institutional Index 500 FD | B | Dividend | K | T | Partial Sale | 10/25 | J | A | |
| 71. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 72. - Vanguard Institutional Index 500 Fund | A | Dividend | K | T | | | | | |
| 73. Essex Cnty.Gen.Oblig.(dtd 11/15/95 5.00 due 11/15/06) | B | Interest | | T | Redemption | 11/15 | K | | |
| 74. ████████TRUST | | | | | | | | | |
| 75. - NJ SPORTS&EXPOSITION dtd 1/1/02 4.6% due 3/1/12 | B | Interest | K | T | | | | | |
| 76. - Target Corp. c/s | A | Dividend | K | T | Partial Sale | 10/17 | J | C | |
| 77. - United Parcel Service c/s | A | Dividend | K | T | | | | | |
| 78. NJ ST.HSG&MTG FIN ACY BOND dtd 2/05/02;due 5/1/08 3.65% | A | Interest | K | T | | | | | |
| 79. State of Israel Bond dtd 2/01/02 4.0% | A | Interest | J | T | | | | | |
| 80. State of Israel Bond dtd 12/01/02 4.0% | A | Interest | J | T | | | | | |
| 81. Amgen, Inc. c/s | A | Dividend | J | T | | | | | |
| 82. Mercer Cnty,NJ Imp.Auth.dtd 8/01/02;due | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|     8/01/09 3.25% | | | | | | | | | |
| 83.   Davis N.Y. Venture Fund Class C | A | Dividend | K | T | | | | | |
| 84.   Lucent Technologies, now known as Alcatel-Lucent | A | Dividend | J | T | | | | | |
| 85.   Allianz RCM Innovation Fund now known as RCM Global Technol. | A | Interest | J | T | | | | | |
| 86.   Prudential Financial, Inc.. | A | Dividend | J | T | | | | | |
| 87.   S.J. Port. Corp., NJ Rev, 3.50, dtd 12/01/02, due 1/01/09 | A | Interest | K | T | | | | | |
| 88.   ████████TRUST | | | | | | | | | |
| 89.   - Goldman Sacks Group c/s | A | Dividend | L | T | Partial Sale | 2/7 | J | D | |
| 90.   - Goldman Sacks Group c/s | | | | | Partial Sale | 10/17 | K | D | |
| 91.   - United Parcel Service c/s | A | Dividend | K | T | Partial Sale | 6/9 | J | B | |
| 92.   - United Parecel Service c/s | | | | | Partial Sale | 10/17 | J | B | |
| 93.   - S&P 500 Depository Receipts | A | Interest | | T | Sale | 2/14 | L | D | |
| 94.   - Mercer County, NJ Imp. Auth. . 3.0, dtd 2/15/03 due 9/1/08 | A | Interest | | T | Redemption | 6/9 | L | | |
| 95.   - Intel Corp., c/s | A | Dividend | J | T | | | | | |
| 96.   ████████TRUST | | | | | | | | | |
| 97.   - Devon Energy Corp., c/s | A | Dividend | J | T | | | | | |
| 98.   - Walt Disney Co., c/s | A | Dividend | | T | Sale | 2/10 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 99. - Johnson Controls, c/s | A | Dividend | K | T | | | | | |
| 100. - Lowes Cos, Inc. c/s | A | Dividend | K | T | Partial Sale | 2/10 | K | C | |
| 101. - Oracle Systems, c/s | | None | K | T | Partial Sale | 10/17 | J | C | |
| 102. - 3M Co, c/s | A | Dividend | K | T | Partial Sale | 10/17 | K | B | |
| 103. - Home Depot, Inc., c/s | A | Dividend | J | T | | | | | |
| 104. - Wachovia Corporation, c/s | A | Dividend | K | T | | | | | |
| 105. - Kellogg Co., c/s | A | Dividend | J | T | | | | | |
| 106. - Proctor & Gamble Co., c/s | A | Dividend | J | T | | | | | |
| 107. - Varian Medical Systems, Inc., c/s | A | Dividend | K | T | | | | | |
| 108. Freescale Semiconductor, c/s | | None | | T | Merger | 12/4 | J | | |
| 109. - Abbott Laboratories, c/s | A | Dividend | K | T | | | | | |
| 110. - 3M Co, d/s | A | Dividend | K | T | | | | | |
| 111. - Oil Service Holders Trus | A | Dividend | J | T | | | | | |
| 112. - Royal Dutch Shell PLC-ADR c/s | A | Dividend | J | T | | | | | |
| 113. - Gillette Co, c/s | A | Dividend | K | T | | | | | |
| 114. - Varian Medical Sys, Inc. c/s | A | Dividend | K | T | | | | | |
| 115. - Wachovia Corp., c/s | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116. - Pepsico, Inc., c/s | A | Dividend | J | T | | | | | |
| 117. - Mercer Co, NJ Imp Auth Rev dtd 6/17/05, due 8/1/09 | B | Interest | L | T | Redemption | 6/9 | L | | |
| 118. - Proctor & Gamble Co., c/s | A | Dividend | J | T | | | | | |
| 119. - EMC Corp., c/s | A | Interest | K | T | | | | | |
| 120. - Kellog Co., c/s | A | Dividend | K | T | | | | | |
| 121. - Pepsico, Inc., c/s | A | Dividend | K | T | | | | | |
| 122. - Wyeth, c/s | A | Dividend | K | T | | | | | |
| 123. - Marlbvoro Twp., NJ Brd Ed, dtd 7/15/04 4.5%, due 7/15/13 | B | Interest | L | T | | | | | |
| 124. Acacia Fed SavDC FallsChurch, VA 4.5% 12/28/05, due 12/28/06 | C | Interest | | T | Redemption | 12/28 | L | | |
| 125. Ktron Int'l, Inc. c/s | | None | J | T | | | | | |
| 126. Discover Bank,CD 3.65% dtd 4/27/05, due 4/27/06 | C | Interest | | T | Redempton | 4/27 | L | | |
| 127. No. Georgia Bank, CD 3.65% dtd 5/26/05, due 6/26/06 | C | Interest | | T | Redempton | 5/26 | L | | |
| 128. Irwin Union Bank, CD 4.05% dtd 9/07/05, due 9/07/06 | C | Interest | | T | Redemption | 9/07 | L | | |
| 129. Nebraska Land NB, CD 3.85% dtd 6/01/05, due 12/01/06 | C | Interest | | T | Redempion | 12/1 | L | | |
| 130. GLENMEDE TRUST Investment Advisory | | | | | | | | | |
| 131. Glenmede Fund, Inc. - Tax Exempt Cash Port dtd 10/14/88 | C | Interest | J | T | | | | | |
| 132. �switch RUST | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 133. - Boeing Co. c/s | A | Dividend | K | T | Buy | 2/7 | K | | |
| 134. - Illinois Tool Works, c/s | A | Dividend | K | T | Buy | 2/7 | K | | |
| 135. - Illinois Tool Works, c/s | A | Dividend | K | T | Stock Split | 5/18 | K | | |
| 136. - Texas Instruments, Inc. c/s | A | Dividend | K | T | Buy | 2/10 | K | | |
| 137. - United Technologies Corp., c/s | A | Dividend | K | T | Buy | 2/10 | K | | |
| 138. - Glenmede Fund, Inc. -International Port | B | Dividend | K | T | Buy | 2/14 | K | | |
| 139. - Tweedy Brown Global Value Fund | A | Dividend | K | T | Buy | 2/14 | K | | |
| 140. - WIlliam Blair Inst. Intl. Growth Fund | B | Dividend | K | T | Buy | 2/14 | K | | |
| 141. - Glenmede Fund, Inc. - International Port | B | Dividend | J | T | Buy | 6/9 | J | | |
| 142. - Quest Diagnostics, Inc. c/s | A | Dividend | K | T | Buy | 6/9 | K | | |
| 143. - Teva Pharmaceutical, c/s | A | Dividend | J | T | Buy | 6/9 | J | | |
| 144. - Texas Instruments, Inc. c/s | A | Dividend | J | T | Buy | 6/14 | J | | |
| 145. - William Blair Inst. Intl. Growth Fund | B | Dividend | J | T | Buy | 6/9 | J | | |
| 146. -Glenmede Fund, Inc. - International Port | B | Dividend | J | T | Buy | 6/9 | J | | |
| 147. - General Elec. Cap. Corp., dtd 4/28/06 5.5% due 4/28/2011 | C | Interest | L | T | Buy | 6/13 | L | | |
| 148. - United Technologies Corp., dtd 4/29/02 6.1% due 5/15/2012 | C | Interest | L | T | Buy | 6/16 | L | | |
| 149. - J.P. Morgan Chase & Co., dtd 11/25/02 | B | Interest | K | T | Buy | 6/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 ● =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 5.75% due 1/2/2013 | | | | | | | | | |
| 150. - Citigroup, Inc. dtd 2/21/02 6% due 2/21/2012 | C | Interest | L | T | Buy | 7/24 | L | | |
| 151. - Glenmede Fund, Inc. - International Port | B | Dividend | K | T | Buy | 10/17 | K | | |
| 152. - Tweedy Brown Global Value Fund | A | Dividend | K | T | Buy | 10/17 | K | | |
| 153. -WIlliam Blair Intl. Growth - I | A | Dividend | K | T | Buy | 10/17 | K | | |
| 154. Franklin Bk CD 5% dtd 4/6/06 due 4/5/07 | C | Interest | L | T | Buy | 4/6 | L | | |
| 155. Florida Cap. Natl. DC 5% dtd 4/12/06 due 4/12/07 | C | Interest | L | T | Buy | 4/12 | L | | |
| 156. Washington Mutual Bank CD 5.15% dtd 6/7/06 due 6/7/07 | D | Interest | L | T | Buy | 6/7 | L | | |
| 157. Nat. Bank NA DC 5/15% dtd 6/7/06 due 6/7/07 | D | Interest | L | T | Buy | 6/7 | L | | |
| 158. GMAC Auto CD 5.15% dtd 9/13/06 due 9/13/07 | D | Interest | L | T | Buy | 9/13 | L | | |
| 159. First Bank PR CD 5.1% dtd 12/22/06 due 12/22/07 | D | Interest | L | T | Buy | 12/22 | L | | |
| 160. Passaic Cnty Ref. 5.05% dtd 9/1/03 due 9/1/08 | C | Interest | L | T | Buy | 11/21 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(a) Entry 47 of this report reflects a consolidation of entries 50 and 51 of the 2005 Financial Disclosure Report.

(b) Entry 60 of this report reflects a consolidation of entries 65 and 66 of the 2005 Financial Disclosure Report.

(c) Entry 63 of this report reflects a consolidation of entries 69 and 122 of the 2005 Financial Disclosure Report.

(d) Entry 98 of this report reflects a consolidation of entries 110 and 115 of the 2005 Financial Disclosure Report.

(e) Entry 100 of this report reflects a consolidation of entries 112 and 117 of the 2005 Financial Disclosure Report.

(f) Item 156 of the 2005 Financial Disclosure Report is removed as it refers to Section VIII (q) reflected in the 2005 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Brotman, Stanley S | 05/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date_____ 5/10/07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544